

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 JUL 30 AM 10: 59

DEPUTY CLERK

| | | |
|---|---|---|
| RONALD WAYNE JOHNSON, | § § | |
| Petitioner, | § § | |
| v. | § § | 2:10-CV-0041 |
| WILLIAM STEPHENS, Director, Texas Department of Criminal Justice, Correctional Institutions Division, | § § § § | |
| Respondent. | § § | |

### ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION and DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

On February 27, 2012, this Court denied petitioner leave to proceed with this action *in forma pauperis*. On July 2, 2012, the Court of Appeals for the Fifth Circuit dismissed petitioner's appeal of this Court's ruling for want of prosecution, *viz.*, for failure to pay the docketing fee. On May 8, 2015, petitioner filed a motion in this case seeking to vacate a sanction order entered in this case on February 27, 2012. On June 1, 2015, this Court denied petitioner's motion. Petitioner now seeks to appeal that order without prepayment of fees or costs.

On July 13, 2015, the United States Magistrate Judge entered a Report and Recommendation in this cause, recommending therein that petitioner's application to proceed *in forma pauperis* on appeal be denied. On July 28, 2015, petitioner filed objections to the Magistrate Judge's Report and Recommendation.

Having made an independent examination of the record in this case, the undersigned United

States District Judge hereby OVERRULES petitioner's objections, and ADOPTS the Magistrate Judge's Report and Recommendation. Accordingly, petitioner's application to proceed *in forma pauperis* on appeal is DENIED.

IT IS SO ORDERED.

ENTERED this \_\_\_\_\_30th\_\_\_\_\_ day of \_\_\_\_July_____ 2015.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE